1  Jacob A. Mark, WSBA 54280
   Christopher C. Browning, Jr., WSBA 44760
2  KS Lawyers, PLLC
   108 N. Washington St., Suite 201
3  Spokane, WA 99201
   Telephone: (509) 455-3647
4  Facsimile:  (509) 624-2081
   Email: jmark@ks-lawyers.com
5  cbrowning@ks-lawyers.com

6  Attorneys for Plaintiff

7  UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF WASHINGTON
8  AT SPOKANE

9  LINDSAY GREGORY, individually,

              Plaintiff,                    NO. 2:24-cv-00193
10
       v.                                   JOINT STATUS REPORT
11
   STATE FARM FIRE & CASUALTY
12 COMPANY, an Illinois Corporation,

              Defendant.
13

14     COMES NOW Plaintiff Lindsay Gregory and Defendant State Farm Fire &

15 Casualty Company, by and through their undersigned attorneys, and respectfully

16 submit this Joint Status Report pursuant to Fed. R. Civ. P. 26.

17     The parties conferred by telephone on August 1, 2024 and hereby submit the

18 following report:

19

20 JOINT STATUS REPORT - 1 of 6                              **KS LAWYERS, PLLC**
                                                              ATTORNEYS AT LAW
                                                          108 N. Washington Street, Ste. 201
                                                              Spokane, Washington 99201
                                                               Telephone (509) 455-3647

1. The parties have notified the Clerk's Office regarding whether they consent to the case being heard by a full-time U.S. Magistrate Judge.

2. Jurisdiction exists via diversity jurisdiction as Plaintiff is a Washington resident and Defendant is an Illinois Corporation and the amount in controversy exceeds $75,000.00. Venue is appropriate in the District Court for the Eastern District of Washington because the controversy arises out of a contract entered into in the Eastern District of Washington and the home at issue is located in the Eastern District of Washington.

3. Service is complete.

4. The claims at issue in this litigation include IFCA, Consumer Protection Act violations, breach of contract, bad faith, negligence, negligent supervision, and declaratory relief related to the claim handling of Plaintiff's homeowner's insurance party subsequent to the Gray Fire in Medical Lake, WA.

The defenses are: 1. On information and belief, Plaintiff's claims are barred to the extent the equitable doctrines of waiver, estoppel, unclean hands, and laches apply; 2. Plaintiff is not entitled to recover under the Policy because exclusions, limitations, terms, conditions, definitions, endorsements, or other provisions may apply;  3. Plaintiff may have failed

JOINT STATUS REPORT - 2 of 6

KS LAWYERS, PLLC
ATTORNEYS AT LAW
108 N. Washington Street, Ste. 201
Spokane, Washington 99201
Telephone (509) 455-3647

to mitigate her damages and protect herself from avoidable consequences;

4. State Farm asserts the affirmative defense of payment; and 5. State Farm is entitled to an offset or set-off of any monies paid to Plaintiff.

5. No statute's constitutionality is being challenged in this litigation.

6. This matter is not being pursued as a class action.

7. No issues should be certified to a state supreme court.

8. The parties suggest the deadline for amending pleadings should be set for mid-October 2024.

9. The parties suggest the deadline to add additional parties should be late October or early November 2024.

10. State Farm has filed the necessary ownership statement pursuant to Fed. R. Civ. P. 7.1.

11. This case does not involve a minor or incompetent party.

12. The suggested deadline for initial disclosures is August 26, 2024. The subjects on which discovery may be needed includes asserted damages, claim handling practices in general and in this matter, extra-contractual claims, and in regard to the parties' claims and defenses. No issues have been identified regarding preserving discoverable information, including electronically stored information. The parties will work together to agree to

JOINT STATUS REPORT - 3 of 6

KS LAWYERS, PLLC
ATTORNEYS AT LAW
108 N. Washington Street, Ste. 201
Spokane, Washington 99201
Telephone (509) 455-3647

a stipulation regarding claims of privilege or protection of discoverable information. The parties are not proposing modifications to the standard discovery procedures at this time but Plaintiff reserves the right to seek an increase in the number of interrogatories, requests for production, and requests for admission given that there are three areas of insurance coverage at issue in this litigation. The parties agree to the standard expert disclosure and discovery cutoff deadlines. The parties will provide for a Fed. R. Evid. 502 agreement within the stipulation concerning protected information.

13. The parties are working on a proposed protective order/confidentiality agreement.

14. The parties agree to the standard dispositive motion deadline. It is anticipated that there may be motions for summary judgment filed on behalf of both parties.

15. A jury has not been requested. The conflict dates for trial scheduling for counsel for the parties includes: November 3 – 7, November 24 – 28, 2025, December 22 – 31, 2025, January 20 – 26, 2026. The suggested location for trial is Thomas S. Foley Courthouse in Spokane, WA. The estimated length of trial is 10 days. There is no request for bifurcation. There is no need for special audio/visual courtroom technology.

JOINT STATUS REPORT - 4 of 6

**KS LAWYERS, PLLC**
ATTORNEYS AT LAW
108 N. Washington Street, Ste. 201
Spokane, Washington 99201
Telephone (509) 455-3647

16. The parties are agreeable to exploring private mediation in the future. Barriers to productive mediation includes the lack of discovery exchanged between the parties.

17. The parties will stipulate to electronic service of non-pleading documents such as discovery.

DATED: August 9, 2024.

          s/*Jacob A. Mark*
JACOB A. MARK, WSBA #54280
CHRISTOPHER C. BROWNING, Jr. WSBA #47760
KS Lawyers, PLLC
108 N. Washington St., Suite 201
Spokane, WA 99201
Telephone: (509) 455-3647
Facsimile: (509) 624-2081
Email: jmark@ks-lawyers.com
cbrowning@ks-lawyers.com
Attorneys for Plaintiff

By: s/*Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720
FORSBERG & UMLAUF, P.S.
901 Fifth Ave, Suite 1400
Seattle, WA 98164
Telephone: 206-689-8500
Email: rhesselgesser@foum.law
*Attorneys for Defendant*

JOINT STATUS REPORT - 5 of 6

KS LAWYERS, PLLC
ATTORNEYS AT LAW
108 N. Washington Street, Ste. 201
Spokane, Washington 99201
Telephone (509) 455-3647

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A

        s/*Jacob A. Mark*
JACOB A. MARK, WSBA #54280
CHRISTOPHER C. BROWNING, Jr.
State Bar No. 47760
KS Lawyers, PLLC
108 N. Washington St., Suite 201
Spokane, WA 99201
Telephone: (509) 455-3647
Facsimile: (509) 624-2081
Email: jmark@ks-lawyers.com
cbrowning@ks-lawyers.com
Attorneys for Plaintiff

JOINT STATUS REPORT - 6 of 6

**KS LAWYERS, PLLC**
ATTORNEYS AT LAW
108 N. Washington Street, Ste. 201
Spokane, Washington 99201
Telephone (509) 455-3647